IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANT K. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:21-278 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Richard A. Lanzillo |
| THE DISTRICT ATTORNEY OF THE ) | |
| COUNTY OF ERIE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 12, 2021, the Magistrate Judge issued a Report (Doc. 3) recommending that Bryant K. Johnson's 2254-habeas Petition be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation ("R&R") was made on Petitioner, and he has filed Objections. (Doc. 4.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Bryant K. Johnson's 2254-habeas Petition is **DISMISSED**; a certificate of appealability is denied; and the Magistrate Judge's R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 30, 2021                             s/Cathy Bissoon
                                                                         Cathy Bissoon
                                                                           United States District Judge

cc (via First-Class U.S. Mail):

BRYANT K. JOHNSON
NY-8317
SCI Albion
10745 Route 18
Albion, PA 16475-0002